NVB 7026 (Rev. 6/16)
R. Christopher Reade, Esq.
CORY READE DOWS & SHAFER
1333 North Buffalo Drive, Suite 210
Las Vegas, Nevada 89128
(702) 794-4411
Counsel for Adversary Plaintiffs

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

\* \* \* \* \* \* \*

| In re | ) | BK: 20-12895-mkn |
| --- | --- | --- |
| GREGG WILLIAM CHAMBERS | ) | Chapter: 7 |
| | ) | Adv. No.: 20-01119-mkn |
| **Debtor(s).** | ) | **STANDARD DISCOVERY PLAN** |
| EUGENE TUMBARELLO, and SHAMROCK PAINTING INC. | ) | **OR** |
| | ) | **REQUEST FOR WAIVER OF** |
| **Plaintiff(s),** | ) | **FILING DISCOVERY PLAN** |
| vs. | ) | |
| GREGG CHAMBERS | ) | |
| **Defendant(s)** | ) | |

1. **Discovery Plan**

    ☐ **Request for waiver of requirement to prepare and file a formal discovery plan.**

    The parties certify that all discovery can be completed informally, without the need of court intervention and in conformance of the Standard Discovery Plan, and that the matter will be ready for trial within 120 days, **or**

    ✓ **A discovery plan is needed or useful in this case.** Check one:

    ✓ The parties agree to the standard discovery plan. The first defendant answered or otherwise appeared on June 17th, 2021. Discovery shall be completed within 180 days, measured from the date the first defendant answered or otherwise appeared. Discovery will close by December 14th, 2021.

1

____ The parties jointly propose to the court the attached discovery plan and scheduling order. (Use Official Form 35 to the Federal Rules of Civil Procedure.)

____ The parties cannot agree on a discovery plan and scheduling order. The attached sets forth the parties' disagreements and reasons for each party's position. (Use Official Form 35 of the Federal Rules of Civil Procedure.)

**Complete parts 2 - 6.**

2. **Nature of the Case.** Brief description of the nature of the case, i.e., dischargeability, denial of discharge, turnover, contract, etc. __Nondischargeability of state court judgments__

_____

3. **Jury Trials:** Check one:

   ✓ A demand for a jury trial has not been made

   ____ A demand for a jury trial has been made pursuant to Fed. R. Civ. P. 38(b), and in conformity with LR 9015, but one or more of the parties does not consent to a jury trial pursuant to 28 U.S.C. § 157(e).

   ____ It is expressly understood by the undersigned parties they have demanded a jury trial pursuant to Fed. R. Civ. P. 38(b), and in conformity with LR 9015, and have consented to a jury trial pursuant to 28 U.S.C. § 157(e).

   An original and two (2) copies of all instructions requested by either party shall be submitted to the clerk for filing on or before _____.

   An original and two (2) copies of all suggested questions of the parties to be asked of the jury panel by the court on voir dire shall be submitted to the clerk for filing on or before _____.

4. **Additional Pleadings.** Are there any counterclaims, cross claims or amendments to the pleadings expected to be filed?

   _____ Yes

   ✓ No

5.  **Settlement Conference**

_____ A settlement conference is requested.

If checked, a settlement conference is requested no earlier than _____.

✓ Settlement cannot be evaluated prior to additional discovery. The parties may later request a settlement conference.

6.  **Trial**

The case should be ready for trial by  January 14th, 2022  and should take  1-2  day(s).

7.  All parties ✓ consent/ ☐ do not consent to this court entering final judgment.

Dated: July 14th, 2021                    Dated: July 14th, 2021

/s/ R. Christopher Reade                  /s/ Christopher Burke, Esq.
Signature of Counsel for Plaintiff(s)     Signature of Counsel for Defendant(s)

Type Name, Address and                    Type Name, Address and Telephone
Telephone Number of Counsel               Number of Counsel

R. Christopher Reade, Esq.                Christopher Burke, Esq.
CORY READE DOWS & SHAFER                  218 S. Maryland Parkway
1333 North Buffalo Drive, Suite 210       Las Vegas, Nevada 89101
Las Vegas, Nevada 89128                   (702) 385-7987
(702) 794-4411                            Counsel for Adversary Defendant
Counsel for Adversary Plaintiffs